1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  STEVEN J. SALTIEL (CSBN 202292)
   (Special) Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-6970
   Facsimile: (415) 436-6748
6
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 97-40176 SBA |
| Plaintiff, | |
| v. | |
| GABINO CHAIDEZ-MEDINA, | |
| Defendant. | **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $9,925.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: _11/7/11

SAUNDRA B. ARMSTRONG
United States District Judge